LIGHTOLIER COMPANY, Respondent, *v.* DEL MAR CLUB HOLDING Co., INC., Appellant.

(Argued November 23, 1933; decided December 12, 1933.)

*Charles H. Bellows* and *Benjamin J. Goldman* for appellant.

*Louis Rosenberg* tor respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.